Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Hartford Life and Accident Insurance Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK POLSTON,<br><br>   Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION LONG-TERM DISABILITY BOARD OF MANAGERS, AS PLAN ADMINISTRATOR OF THE NORFOLK SOUTHERN CORPORATION - RBO LONG-TERM DISABILITY PLAN; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AS CLAIMS ADMINISTRATOR FOR THE NORFOLK SOUTHERN CORPORATION - RBO LONG-TERM DISABILITY PLAN,<br><br>   Defendants. | Case No.: 2:24-cv-01408<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

   Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, defendant Hartford Life and Accident Insurance Company ("Hartford") and plaintiff Mark Polston ("Plaintiff"), by and through their counsel of record, hereby request and stipulate to extend the time for Hartford to respond to Plaintiff's Complaint (ECF No. 1). Hartford's response to Plaintiff's Complaint is currently due August 27, 2024. Because defense counsel has just been retained in this case, the parties stipulate to a 30 day extension of time up to and including September 26, 2024, in which for Hartford to respond to the Complaint. This is the parties' first request for an extension of time.

   This stipulation is made in good faith and is not intended for purposes of delay.

Dated this 20th day of August, 2024.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Julie A. Mersch | /s/ Kristina N. Holmstrom |
| Julie A. Mersch, SBN 004695 | Kristina N. Holmstrom, SBN 10086 |
| jam@merschlaw.com | kristina.holmstrom@ogletree.com |
| 428 S. 4th Street | 10801 W. Charleston Blvd., Ste. 500 |
| Las Vegas, NV 89101 | Las Vegas, NV 89135 |
| Telephone: 702-387-5868 | Telephone: 702-369-6800 |
| Fax: 702-387-0109 | Fax: 702-369-6888 |
| *Attorneys for Plaintiff Mark Polston* | *Attorneys for Defendant Hartford Life and Accident Insurance Company* |

**IT IS SO ORDERED**

**DATED:** 9:33 am, August 21, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**