Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARK POLSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION LONG-TERM DISABILITY BOARD OF MANAGERS, AS PLAN ADMINISTRATOR OF THE NORFOLK SOUTHERN CORPORATION - RBO LONG-TERM DISABILITY PLAN; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AS CLAIMS ADMINISTRATOR FOR THE NORFOLK SOUTHERN CORPORATION - RBO LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.: 2:24-cv-01408<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br>(SECOND REQUEST for HARTFORD)<br>(FIRST REQUEST for NORFOLK SOUTHERN CORPORATION LONG-TERM DISABILITY BOARD OF MANAGERS) |

Pursuant to LR IA 6-1 and  LR IA 6-2, the parties request and stipulate to extend the time for Defendants to respond to Plaintiff's Complaint (ECF No. 1). Although Defendant Hartford's response to Plaintiff's complaint was due  on September 26, 2024, defense counsel and plaintiff's counsel have been working together to attempt to sort out numerous preliminary and complex issues relating to the applicable ERISA plans at issue. In addition, Kristina N. Holmstrom, Esq. has since been retained to also represent Defendant Norfolk Southern Corporation Long-Term Disability Board of Managers.[1] The parties thus stipulate that defendants shall file their answers on or before

---

[1] The parties are discussing the proper name for the plan and plan administrator. Nothing in this Stipulation waives any argument in that regard.

November 5, 2024. This is Norfolk's first request for an extension of time and Hartford's second request.

    This stipulation is made in good faith and is not intended for purposes of delay.

    Dated this 24th day of October, 2024.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Julie A. Mersch | /s/ Kristina N. Holmstrom |
| Julie A. Mersch, SBN 004695 | Kristina N. Holmstrom, SBN 10086 |
| jam@merschlaw.com | kristina.holmstrom@ogletree.com |
| 428 S. 4th Street | 10801 W. Charleston Blvd., Ste. 500 |
| Las Vegas, NV 89101 | Las Vegas, NV 89135 |
| Telephone: 702-387-5868 | Telephone: 702-369-6800 |
| Fax: 702-387-0109 | Fax: 702-369-6888 |
| *Attorneys for Plaintiff Mark Polston* | *Attorneys for Defendants* |

**IT IS SO ORDERED**

**DATED:** 11:55 am, October 25, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

86196509.v1-OGLETREE
86196509.v2-OGLETREE