Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK POLSTON,<br><br>Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION LONG-TERM DISABILITY BOARD OF MANAGERS, as Plan Administrator of the Norfolk Southern Corporation – RBO Long-Term Disability Plan; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for THE Norfolk Southern Corporation – RBO Long-Term Disability Plan,<br><br>Defendants. | CASE NO.: 2:24-cv-01408-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the stipulation of the parties, through their undersigned counsel below, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice, with each party to bear their own costs and attorneys' fees incurred in this matter. The Court's entry of this order resolves all pending claims and closes the case.

DATED: August 11, 2025          LAW OFFICE OF JULIE A. MERSCH

                                By:  /s/ Julie A. Mersch
                                     JULIE A. MERSCH
                                     jam@merschlaw.com
                                     Nevada Bar No.: 004695
                                     428 S. 4th Street
                                     Las Vegas, NV 89101
                                     *Attorney for Plaintiff Mark Polston*

| | | |
|---|---|---|
|1| DATED: August 11, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|2| | |
|3| | By:  /s/ Kristina N. Holmstrom |
| | | KRISTINA N. HOLMSTROM |
|4| | Kristina.holmstrom@ogletree.com |
| | | Nevada Bar No.: 10086 |
|5| | 10801 W. Charleston Blvd., Ste 500 |
| | | Las Vegas, NV 89135 |
|6| | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

**DATED:** September 3, 2025.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE                    2

89412423.v1-OGLETREE